UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIMAL NAND REDDY, | No.  2:25-cv-3653 AC P |
| Plaintiff, | |
| v. | ORDER |
| CDCR, et al., | |
| Defendants. | |

By an order filed December 30, 2025, plaintiff was ordered to file a completed in forma pauperis application or pay the filing fees and was cautioned that failure to do so would result in a recommendation that this action be dismissed.  ECF No. 3.  The thirty-day period has now expired, and plaintiff has not filed an application, paid the fees, or otherwise responded to the court's order.  Plaintiff will be given one final opportunity to submit an application or pay the fee.

Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the filing of this order, plaintiff shall submit an application to proceed in forma pauperis or pay the filing fee. Failure to comply with this order will result in a recommendation that this action be dismissed without further warning.

DATED: February 13, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE