UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VIMAL NAND REDDY,

        Plaintiff,

   v.

CDCR, et al.,

        Defendants.

No.  2:25-cv-3653 DAD AC P

ORDER

Plaintiff is a state prisoner who filed this civil rights action pursuant to 42 U.S.C. § 1983 without a lawyer.  ECF No. 1.  On December 30, 2025, the court ordered plaintiff to submit an application to proceed in forma pauperis ("IFP") or pay the filing fee within thirty days from the date of the order.   ECF No. 3.  On February 17, 2026, after plaintiff failed to file an IFP or pay the filing fee, the court issued another order directing plaintiff to file an IFP or pay the filing fee within twenty-one days.  ECF No. 4.  On March 25, 2026, after plaintiff failed to file an IFP or pay the filing fee, the undersigned issued findings and recommendations recommending that this action be dismissed without prejudice for failure to prosecute.  ECF No. 5.  Plaintiff was given fourteen days to file objections to the undersigned's findings and recommendations.  Id.

Plaintiff filed timely objections stating he was unable to obtain IFP forms because he was in C status and did not have access to legal materials.  ECF No. 6.  Plaintiff also filed an IFP application.  ECF No. 7.

1

Accordingly, IT IS HEREBY ORDERED that the undersigned's March 25, 2026, findings and recommendations (ECF No. 5) are WITHDRAWN.  The court will screen the case in due course.

DATED: April 21, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE